UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DENISE SEDGWICK,                               )
                                               )
                    Plaintiff,                 )
                                               )
        v.                                     )        No. 1:24-cv-00543-JRS-CSW
                                               )
CENTER GROVE COMMUNITY SCHOOL                  )
CORPORATION,                                   )
                                               )
                    Defendant.                 )

## Final Judgment

Plaintiff Denise Sedgwick shall take nothing by way of her Complaint.  Sedgwick's

hostile work environment claims under Title VII of the Civil Rights Act and the Age

Discrimination in Employment Act and this action are dismissed with prejudice.  This

is a final judgement under Federal Rule of Civil Procedure 58.  This case is closed.

Date: _____12/29/2025_____

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michelle Lynn Cooper
LEWIS & KAPPES PC
mcooper@lewis-kappes.com

Paul J. Cummings
Paul Cummings Law, PC
paul@paulcummingslaw.com

Matthew S. Tarkington
LEWIS & KAPPES PC
mtarkington@lewis-kappes.com